**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SILHI SASAI GRAMAJO-DE LEON (1),<br>Defendant. | Case No.: 26CR2823-WQH<br><br>**JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION** |

Upon motion of the UNITED STATES OF AMERICA, and good cause appearing, the Motion to Dismiss the Information Without Prejudice *as to Silhi Sasai Gramajo-De Leon only* is GRANTED. (ECF No. 43.)

The Court HEREBY ORDERS:

That the Information in the above-entitled case be dismissed without prejudice.

IT IS SO ORDERED.

Dated: August 28, 2026

William Q. Hayes

Hon. William Q. Hayes
United States District Court